# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER REDMAN, YVONNE UMU, and SHAWN NORTHCUTT,<br><br>Defendants. | NO. 3:24-cv-05216-JHC-TLF<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO CONTINUE PRETRIAL SCHEDULING ORDER DEADLINES**<br><br>*Clerk's Action Required |

THIS MATTER having come on regularly before the Court upon Defendants' Motion to Continue Pretrial Scheduling Order deadlines and the Court having reviewed the record herein, and to the extent deemed relevant and admissible, reviewed the material submitted by the parties concerning this motion, and being fully advised in the premises now, therefore

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendants' Motion to Continue Pretrial Scheduling Order deadlines is granted;

2. The discovery cutoff date of October 28, 2024 is hereby continued to April 28, 2025; and

3. The clerk is directed to issue an order amending case scheduling accordingly.

///

ORDER GRANTING DEFENDANTS'
MOTION TO CONTINUE PRETRIAL
SCHEDULING ORDER DEADLINES
- 1
NO. 3:24-cv-05216-JHC-TLF

1     DONE IN OPEN COURT this ___15th___ day of __November_ 2024.

 

*[signature]*

THERESA L. FRICKE
MAGISTRATE JUDGE

Presented by:
SIMMONS SWEENEY FREIMUND
SMITH TARDIF, PLLC


s/ *Allison Croft*
ALLISON CROFT, WSBA NO. 30486
KAYLYNN WHAT, WSBA NO. 43442
711 Capitol Way South, Suite 602
Olympia, WA  98501
Tel: (360) 534-9960
allison@ssslawgroup.com
kaylynn@ssslawgroup.com
*Special Assistant Attorneys General for Defendants*