UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER REDMAN, YVONNE UMU, and SHAWN NORTHCUTT,<br><br>Defendants. | Case No. 3:24-cv-05216-JHC-TLF<br><br>**ORDER CONTINUING JOINT STATUS REPORT AND DISCOVERY PLAN DEADLINE** |

THIS MATTER having come on regularly before the Court upon Parties' Joint Response to Order to Show Cause, Dkt. # 50, and the Court having reviewed the record herein, and being fully advised in the premises now, therefore:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The deadline for the parties to file a Joint Status Report and Discovery Plan is hereby continued to September 18, 2026; and
2. The clerk is directed to issue an order amending case scheduling accordingly.

ORDERED this 19th day of August, 2026

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE