UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TAYJUAN TREVION-WAYNE FLETCHER,<br>Plaintiff,<br><br>v.<br><br>JENNIFER REDMAN, YVONNE UMU, and SHAWN NORTHCUTT,<br>Defendants. | Case No. 3:24-cv-05216-JHC-TLF<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based on the parties' stipulation (Dkt. # 52) and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby ORDERED:

All claims and causes of action asserted in this action, and all parties, are DISMISSED WITHOUT PREJUDICE.

Each party shall bear its own attorney fees and costs.

The Clerk is directed to close the file.

Dated this 18th day of September, 2026.



John H. Chun
United States District Judge